UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:04-CR-240-G |
| HOLY LAND FOUNDATION FOR ) | |
| RELIEF AND DEVELOPMENT (01), ) | |
| SHUKRI ABU BAKER (02), ) | |
| MOHAMMAD EL-MEZAIN (03), ) | |
| GHASSAN ELASHI (04), ) | |
| HAITHAM MAGHAWRI (05), ) | |
| AKRAM MISHAL (06), ) | |
| MUFID ABDULQADER (07), and ) | |
| ABDULRAHMAN ODEH (08), ) | |
| ) | |
| Defendants. ) | |

## ORDER

The government's unclassified motion for leave to file an *ex parte, in camera* submission under seal, pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure and accompanying memorandum of law is **GRANTED**. The government shall file its *ex parte, in camera* submission **UNDER SEAL** no later than **June 19, 2006**.

**SO ORDERED**.

June 13, 2006.

                                                                                                       _____
                                                                                                       A. JOE FISH
                                                                                                       CHIEF JUDGE