UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION NO. |
| VS. | ) | |
| | ) | 3:04-CR-240-G |
| HOLY LAND FOUNDATION FOR | ) | |
| RELIEF AND DEVELOPMENT (01), | ) | **ECF** |
| SHUKRI ABU BAKER (02), | ) | |
| MOHAMMAD EL-MEZAIN (03), | ) | |
| ELASHI GHASSAN (04), | ) | |
| MUFID ABDULQADER (07), and | ) | |
| ABDULRAHAM ODEH (08), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Due to the delay in docketing the court's memorandum opinion and order dated February 23, 2007 (Docket Entry #549), that order is **AMENDED** as follows:

The defendants shall make all expert disclosures by **March 6, 2007**. Excepted from that deadline are any expert disclosures that may arise subsequent to the declassification of the remaining Olson reports; the expert disclosures stemming from

the declassification of those reports shall be made by the earlier of **THIRTY DAYS** from the date of declassification or **May 29, 2007**.

    **SO ORDERED**.

February 28, 2007.

                                              _____
                                              A. JOE FISH
                                              CHIEF JUDGE