IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.                                            § | No. 3:04-CR-240-G |
| § | |
| HOLYLAND FOUNDATION FOR § | |
| RELIEF AND DEVELOPMENT (1) § | |
| also known as the "HLF"     § | |
| SHUKRI ABU BAKER (2)            § | ECF |
| MOHAMMAD EL-MEZAIN (3)    § | |
| GHASSAN ELASHI (4)              § | |
| HAITHAM MAGHAWRI (5)       § | |
| AKRAM MISHAL (6)                 § | |
| MUFID ABDULQADER (7)        § | |
| ABDULRAHAM ODEH (8)          § | |

### GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST

| Exhibit # | Description | Admitted | Offered |
|---|---|---|---|
| 003-0100 | Video Panel Discussion with Marzook and Baker | | |
| 007-0005 | Boim v. Quranic Literacy Institute, et al - First Amended Complaint (Filed 8/04/03) | | |
| 007-0006 | HLF Answer to First Amended Complaint (Filed 8/25/03) | | |
| 024-0030 | RESERVED | | |
| 024-0031 | Mohamed El-Mezain Poster | | |
| 024-0032 | Shukri Abu Baker Poster | | |
| 024-0033 | Baker and El Ashi Poster | | |
| 024-0034 | El-Mezain and Maghawri Poster | | |
| 024-0035 | Ashqar and Maghawri Poster | | |

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 1**

| | | | |
|---|---|---|---|
| 024-0036 | El-Mezain and Odeh Poster | | |
| 024-0037 | Abdelhaleem Ashqar Poster | | |
| 024-0038 | Ghassan El Ashi Poster | | |
| 024-0039 | Mufid Abdulqader Poster | | |
| 024-0040 | Akram Mishal Poster | | |
| 024-0041 | Jamil Hammami Poster | | |
| 024-0042 | Nadia Elashi Poster | | |
| 024-0043 | Ibrahim Al Samneh Poster | | |
| 024-0044 | Hamed Al Bitawi Poster | | |
| 024-0045 | Ismail Elbarasse Poster | | |
| 024-0046 | Abdel Aziz Rantisi Poster | | |
| 024-0047 | Ahmad Yousef Saleh Poster | | |
| 024-0048 | Mohamed Siam Poster | | |
| 024-0049 | Abdul Rahman Odeh Poster | | |
| 024-0050 | Haitham Maghawri Poster | | |
| 024-0051 | RESERVED | | |
| 024-0052 | Chart Reflecting Events of July-August 1992 (Powerpoint slide) | | |
| 024-0053 | "War is Deception" (poster) | | |
| 024-0054 | HLF Manual Found at Infocom (poster) | | |
| 024-0055 | Baker/Isa Al-Shifa Factory Timeline (poster) | | |
| 024-0056 | Example of HLF Following Directives Outlined in Manual Found at Infocom During Philadelphia Conference (poster) | | |
| 024-0057 | Shukri's Brother Hamas Leader Jamal Isa Tells Shukri to Open an HLF Regional Office 8-02-98 (poster) | | |
| 024-0058 | HLF Conducts Tactical Surveillance Countermeasures (TSCM) Sweep (poster) | | |

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 2**

| | | | |
|---|---|---|---|
| 024-0059 | HLF Officers Baker and Mishal Travel as Infocom Employees (poster) | | |
| 024-0060 | Marzook Orders Security for OLF (HLF) (poster) | | |
| 024-0061 | US Muslim Brotherhood Palestinian Committee 1991 (poster) | | |
| 024-0062 | Overseas Speakers List (poster) | | |
| 024-0063 | Use of Code Word "Aunts" 1996 (poster) | | |
| 024-0064 | Use of Code Word "Aunts" 1997 (poster) | | |
| 024-0065 | Use of Code Word "Aunts" 1999 (poster) | | |
| 024-0066 | Marzook (Transfer of Money) (poster) | | |
| 024-0067 | Islamic Action For Palestine an Internal Memo October 1992 - Exhibit 003-0015 (poster) | | |
| 024-0068 | Money Raised by Significant Hamas/Radical Overseas Speakers | | |
| 024-0069 | ISA Expert Powerpoint | | |
| 024-0070 | RESERVED | | |
| 024-0071 | Summary Chart of Philadelphia Meeting October 2-3, 1993 | | |
| 024-0072 | Inception | | |
| 024-0073 | Bombing Photo | | |

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 3**

Dated: August 6, 2007  Respectfully submitted,

        RICHARD ROPER
        United States Attorney

By: */s/ James T. Jacks*
    JAMES T. JACKS
    Assistant United States Attorney
    1100 Commerce St., Third Floor
    Dallas, Texas 75242
    214.659.8600
    214.767.2898  (facsimile)
    Texas State Bar No. 10449500
    jim.jacks@usdoj.gov

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 4**

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Marlo P Cadeddu
Law Office of Marlo P Cadeddu
3232 McKinney Ave, Suite 700
Dallas, TX 75204

Joshua L Dratel
Aaron J. Mysliwiec
Law Office of Joshua L Dratel
2 Wall St, 3rd Floor
New York, NY 10005

John D. Cline
Jones Day
555 California St., 26th Floor
San Francisco, CA. 94104-1500

Linda Moreno
2403 N. Washington Ave., 320
Dallas, TX. 75204

Nancy Hollander
Theresa Duncan
Freedman Boyd Daniels Hollander
Goldberg & Ives
20 First Plaza, Suite 700
Albuquerque, NM 87102

Greg Westfall
Westfall Platt & Cutrer
Mallick Tower
One Summit Ave, Suite 910
Fort Worth, TX 76102

/s/ *James T. Jacks*
JAMES T. JACKS
Assistant United States Attorney

**GOVERNMENT'S SECOND SUPPLEMENTAL EXHIBIT LIST - PAGE 5**