ORIGINAL

3-04-CR-240-G



**"Jacks, Jim \(USATXN\)"**
<Jim.Jacks@usdoj.gov>
09/27/2007 10:01 AM

To <Eleanore_Piwoni@txnd.uscourts.gov>
cc
bcc
Subject RE: FW: GX 001-0048

I would say just put it in there tonight after they leave. I don't imagine they will be asking for it during the day.

*James T. Jacks*
*First Asst. U.S. Attorney*
*Northern Dist. of TX.*
*1100 Commerce St., Suite 300*
*Dallas, TX. 75242*
*214.659.8637 (tel.)*
*214.767.2898 (fax)*

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP 27 2007**
CLERK, U.S. DISTRICT COURT
By _____ SP
Deputy

**From:** Eleanore_Piwoni@txnd.uscourts.gov [mailto:Eleanore_Piwoni@txnd.uscourts.gov]
**Sent:** Thursday, September 27, 2007 10:00 AM
**To:** Jacks, Jim (USATXN)
**Subject:** Re: FW: GX 001-0048

The problem is the jury is always in the jury room. They don't leave on breaks. How do you want to proceed????

Eleanore Piwoni
Judicial Assistant to
Chief Judge A. Joe Fish
1100 Commerce Street
Suite 1528
Dallas, TX 75242
214.753.2310



**"Jacks, Jim \(USATXN\)"**
<Jim.Jacks@usdoj.gov>
09/27/2007 09:55 AM

To <Eleanore_Piwoni@txnd.uscourts.gov>
cc
bcc
Subject FW: GX 001-0048

Eleanore,

I think their main concern is that the exhibit be put in the box while the jury is out of the room, either on a coffee break or at lunch. They just did not want to call attention to the exhibit by putting it in the box while the jury was in there. Hope this makes sense. If not, call me.

Jim

*James T. Jacks*
*First Asst. U.S. Attorney*
*Northern Dist. of TX.*
*1100 Commerce St., Suite 300*
*Dallas, TX. 75242*
*214.659.8637 (tel.)*
*214.767.2898 (fax)*

**From:** Nancy Hollander [mailto:nh@fbdlaw.com]
**Sent:** Wednesday, September 26, 2007 4:25 PM
**To:** Jacks, Jim (USATXN)
**Subject:** RE: GX 001-0048

Yes,

I just left you a message but in case you don't get it, we are fine with this.

*Nancy*
**Nancy Hollander**
Freedman Boyd Daniels Hollander Goldberg & Ives P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
505 842-9960 office
505 244-7517 direct
505 975 0697 cell
505 842-0761 fax
www.fbdlaw.com

This message and any attached documents are intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or use this information. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately by reply or by telephone (call us at 505-842-9960.

**From:** Jacks, Jim (USATXN) [mailto:Jim.Jacks@usdoj.gov]
**Sent:** Wednesday, September 26, 2007 3:06 PM
**To:** AMysliwiec@joshuadratel.com; jdratel@joshuadratel.com; jcline@jonesday.com; John Boyd; lindamoreno.esquire@gmail.com; mc@marlocadeddu.com; Nancy Hollander; Theresa Duncan; westfall@wpcfirm.com
**Subject:** GX 001-0048

Counsel,

In attempting to review what other admitted government exhibits may not have made it into the jury room, we found GX 001-0048. The exhibit was admitted on August 27th according to our records. What we propose to do is to deliver the original exhibit to Eleanor and have her put it in the box with the one series exhibits before the jury resumes their deliberations tomorrow. Is that acceptable to you guys ?

Jim

*James T. Jacks*

*First Asst. U.S. Attorney*

*Northern Dist. of TX.*

*1100 Commerce St., Suite 300*

*Dallas, TX. 75242*

*214.659.8637 (tel.)*

*214.767.2898 (fax)*