Department of Justice
United States Attorney's Office
Northern District of Texas

Richard B. Roper
United States Attorney

# Facsimile Transmission Cover Page

**TO:** Nancy Hollander and John Boyd, Attorneys at Law
Freedman, Boyd, Daniels Hollander & Ives, Albuquerque, NM
(505) 842-9960

**U.S. ATTORNEY FACSIMILE COMMUNICATION CONTAINING INFORMATION SUBJECT TO ATTORNEY CONFIDENTIALITY**

The information contained in this facsimile message, and any and all accompanying documents constitutes information subject to attorney confidentiality. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately at the above number to make arrangements for its return to us. Thank you.

**FROM:** JAMES T. JACKS, First Asst. U.S. Atty.
Office of the United States Attorney, Northern District of Texas

Sender's Phone No.: 214-659-8637



Recipient's Fax No.: 505-842-0761

Date: March 27, 2007    Pages 2 plus cover sheet

Govt's ltr response to Ms. Hollander's ltr of 03 19 07 re: Fighel appendices

## INSTRUCTIONS

___  IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

___  PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.



EXHIBIT 1 to Defendants' Motion to Compel Production of Gov't Translations



**U.S. Department of Justice**

United States Attorney
Northern District of Texas

---

1100 Commerce Street, 3rd Floor         Telephone: 214.659.8600
Dallas, Texas 75242-1699                Fax: 214.767.2898

March 27, 2007

## VIA FACSIMILE, REGULAR MAIL AND HAND DELIVERY

Nancy Hollander                         Joshua L Dratel
Freedman Boyd Daniels Hollander         Law Office of Joshua L Dratel
Goldberg & Ives                         14 Wall St, 28th Floor
20 First Plaza, Suite 700               New York, NY 10005
Albuquerque, NM 87102

John W. Boyd                            Marlo P Cadeddu
Freedman Boyd Daniels Hollander         Law Office of Marlo P Cadeddu
Goldberg & Ives                         3232 McKinney Ave, Suite 700
20 First Plaza, Suite 700               Dallas, TX 75204
Albuquerque, NM 87102

Linda Moreno                            Greg Westfall
Law Office of Linda Moreno              Westfall Platt & Cutrer
2403 N. Washington Ave., # 320          Mallick Tower
Dallas, TX. 75204                       One Summit Ave, Suite 910
                                        Fort Worth, TX 76102

Re:  *United States v. Holy Land Foundation, et al.*; 3:04-CR-240-G
     Response to Ms. Hollander's letter of March 19, 2007

Dear Counsel:

This letter is in response to Ms. Hollander's letter of March 19, 2007, wherein she inquires as to whether the government will provide an index of Mr. Fighel's appendices as they correlate to the records (Binders 1-21) provided by the Government of Israel ("GOI"). Ms. Hollander acknowledges that most of documents contained within Mr. Fighel's appendices are in Arabic, while some are in Hebrew and English. She states that it is prohibitively expensive to translate all of the appendices.

The government does not possess, and will not be creating, a bates numbered index correlating Mr. Fighel's appendices with the GOI documents. Mr. Fighel independently evaluated the binders prior to their labeling and he determined what records related to his testimony. As the Court recognized in its Order denying (in part) the Defendants' Motion for an Extension of Time to File Expert Witness Notices (ecf 549), the government went beyond its obligation by providing Mr. Fighel's appendices to defense counsel. The government does not believe it has any further obligation regarding Mr. Fighel's reports and appendices. The government reiterates, however, that all of the related documents are unclassified and largely in Arabic. Thus, the defendants should be able to significantly assist in reviewing the binders and Mr. Fighel's appendices.

Sincerely,

RICHARD B. ROPER
United States Attorney

*James T. Sachs* (signature)

JAMES T. JACKS
First Assistant United States Attorney


cc:   A. Joe Fish
      Chief United States District Judge

2