```
                                                                    1

08:26    1              IN THE UNITED STATES DISTRICT COURT

         2              FOR THE NORTHERN DISTRICT OF TEXAS

         3                       DALLAS DIVISION


         4
                 UNITED STATES OF AMERICA       (   NUMBER 3: 04-240-G
         5                                      (
                                                (
         6       VERSUS                         (
                                                (
         7                                      (
                 HOLY LAND FOUNDATION, ET AL.   (   July 30, 2007
         8
                 ─────────────────────────────────────────────────
         9
                                       VOLUME 4
        10                       TRANSCRIPT OF THE TRIAL
                            BEFORE THE HONORABLE A. JOE FISH
        11       ─────────────────────────────────────────────────

        12
                 A P P E A R A N C E S:
        13

        14       For the Government:    MR. JIM JACKS
                                        MR. BARRY JONAS
08:26   15                              MS. ELIZABETH SHAPIRO
                                        MR. NATHAN GARRETT
        16                              Assistant United States Attorney
                                        UNITED STATES DEPARTMENT OF JUSTICE
        17                              NORTHERN DISTRICT OF TEXAS
                                        U.S. Courthouse
        18                              1100 Commerce Street
                                        Dallas, Texas 75242
        19                                   214/659-8600

        20

        21       For the Defendant Shukri Baker:

        22
                                        MS. NANCY HOLLANDER
        23                              MS. TERESA DUNCAN
                                        FREEDMAN BOYD DANIELS
        24                              HOLLANDER
                                        20 First Plaza, Suite 700
        25                              Albuquerque, NM 87102
                                             505/842-9960



                        CASSIDI L. CASEY, CSR, 214-354-3139
                             UNITED STATES DISTRICT COURT

                                       CASSIDI
```



EXHIBIT 2 to Defendants' Motion to Compel Production of Gov't Translations

```
                              BURNS - DIRECT - JACKS                140
```

14:24   1   Egypt to obtain weapons or to smuggle some of the fugitive
        2   brothers in the region."
        3       Q   I.
        4       A   "The brothers ask Abou Omar to change his place
        5   of residence for fear for his safety."
        6       Q   Do you know if anyone you testified about used
        7   the name Abou Omar?
        8       A   Mousa Abu Marzook, the HAMAS leader.
        9       Q   K.
       10       A   "The brothers asked Dr. Al Zahar to open a
       11   center for research and studies, and he approved that."
       12       Q   Is there a person that's been testified about in
       13   this case that goes by that name?
       14       A   Mahmoud Zahar, also a HAMAS leader.
14:25  15       Q   L.
       16       A   There are three investment projects presented by
       17   Dr. Al Zahar.
       18       Q   And N.
       19       A   N says "The situation of the brothers in jail is
       20   good, thanks be to God."
       21       Q   Now, when you began reading this document, I
       22   believe -- Excuse me.  I believe it was the earlier
       23   document.  Okay.  If you would go back to the first page.
       24   It would be Page 7 of the exhibit.  And tell us when this
       25   document purports to have been written or the activities

BURNS - DIRECT - JACKS                                    141

14:26  1    occurred that it writes about.
       2         A    The report shows to have been written on June
       3    10th, 1991 about a visit to occupied Palestine from May
       4    17th through June 4th, 1991.
       5         Q    Did you attempt to determine if there was anyway
       6    to determine if any of the defendants may have been the
       7    person that is writing this report?
       8         A    The previous document that we spoke about just
       9    before this one, the 3-8, Occupied Land Fund Report, I was
      10    able to date to around the time of May 19, 1991 due to
      11    various items that are contained in the letter, and in
      12    that report, it says that Brother Shukri Abu Baker was at
      13    that time in the Palestinian Territories.  So I deduced
      14    from that.
14:27 15              MS. HOLLANDER:  Objection, your Honor.  This is
      16    pure speculation, and we object for speculating about what
      17    she deduced from the documents.
      18              THE COURT:  Overruled.  You may answer.
      19    BY MR. JACKS:
      20         Q    Well, let me just ask you, you have testified
      21    about the reference in the earlier document.  I'm sorry.
      22    What was that exhibit number?
      23         A    3-8.
      24         Q    And can you show 3-8, Page 6.  And in Paragraph
      25    C?

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - DIRECT - JACKS                             142

14:27   1       A    Yes.
        2       Q    Just again, the first sentence.
        3       A    "Brother Shukri is currently making a visit to
        4    the inside in order to settle the issues with the
        5    organizations and institutions."
        6       Q    Did you look at any other sources of information
        7    to see if you could confirm or disprove whether or not
        8    Shukri Abu Baker may have been the person that traveled
        9    over there?
       10       A    I researched records maintained by the United
       11    States Customs Service.
       12       Q    And what are those records called?
       13       A    They are called TECS records.
       14       Q    Is that T-E-C-S?
14:28  15       A    Correct.
       16            MS. HOLLANDER:  Objection.  Are those on the
       17    list?
       18            MR. JACKS:  Yes.
       19    BY MR. JACKS:
       20       Q    Let me refer you to Government's Exhibit 11-57.
       21    Do you have those in front of you, Agent Burns?
       22       A    Yes, I do.
       23            MR. DRATEL:  Your Honor, I object because the
       24    government's exhibit which they just read from trying to
       25    match this is an undated document.  I'm not sure how we're

BURNS - DIRECT - JACKS                               143

14:29   1   getting a deduction that it's related to the period of
        2   time.
        3              THE COURT:  You can cross examine about that,
        4   Mr. Dratel.  Overruled.
        5   BY MR. JACKS:
        6        Q    Let me ask you, Agent Burns, is Government's
        7   Exhibit 11-57 a certified copy of government records from
        8   the Treasury Enforcement Communications System?
        9        A    Yes.
       10              MR. JACKS:  Judge, we move the admission of
       11   Government's Exhibit 11-57.
       12              THE COURT:  Any objection?  Government's
       13   Exhibit 11-57 is admitted.
       14   BY MR. JACKS:
14:30  15        Q    Do you have that in front of you, Agent Burns?
       16        A    Yes, I do.
       17        Q    Let me ask you, is this a tool or a system that
       18   you use in your work fairly often?
       19        A    Yes, it is.
       20        Q    And what information generally will it provide
       21   to you?
       22        A    Provides records of entries by individuals into
       23   the United States as opposed to exits.
       24        Q    Okay.  My next question is, does it provide any
       25   information about people leaving the United States, this

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - DIRECT - JACKS                    144

| | | |
|---|---|---|
| 14:31 | 1 | particular system? |
| | 2 | A    No, it does not. |
| | 3 | Q    Strictly when they re-enter the United States; |
| | 4 | is that correct? |
| | 5 | A    That's correct. |
| | 6 | Q    If you would, go to Page 21 of that exhibit and |
| | 7 | can you see -- if you would just tell us who the passenger |
| | 8 | is that is the subject of this information. |
| | 9 | A    Shukri Abu Baker. |
| | 10 | Q    And if you would, is there an entry -- Directing |
| | 11 | your attention now to Page 23 of the exhibit please, is |
| | 12 | this still a part of the records pertaining to Shukri Abu |
| | 13 | Baker? |
| | 14 | A    Yes. |
| 14:32 | 15 | Q    And if you go down to the bottom of the page, do |
| | 16 | you see an entry around June 3rd of 1991? |
| | 17 | A    Yes. |
| | 18 | Q    And what does it show as far as the arrival, |
| | 19 | where and what other information? |
| | 20 | A    It shows that on June 3rd, 1991, Shukri Abu |
| | 21 | Baker arrived into the United States at the Charlotte, |
| | 22 | North Carolina Douglas Airport at approximately 1:02 p.m. |
| | 23 | Q    Is that 1 or 3? |
| | 24 | A    Excuse me.  3. |
| | 25 | Q    And the date for that again? |

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - DIRECT - JACKS                                   145

14:33   1       A    June 3rd, 1991.
        2       Q    Going back to --
        3            MR. DRATEL: Your Honor, I object to the rest of
        4    the document coming in at this time. There is a lot of
        5    other pages and information in the document that have no
        6    relevance or none is established. So I object to any
        7    records beyond what was just introduced,
        8            THE COURT: Is there any necessity, Mr. Jacks,
        9    for the whole document to be admitted at this time?
        10           MR. JACKS: Your Honor, to show the context, but
        11   we will not refer to it again unless there is an
        12   opportunity to discuss this issue.
        13           THE COURT: All right. I will overrule the
        14   objection based upon Mr. Jacks's representation.
14:34   15   BY MR. JACKS:
        16      Q    Going back, if you could, to Government's
        17   Exhibit 4-6, this document photographed in Ashqar's
        18   residence in 1993, the first page of that translation,
        19   Number 7, if you could show that, please. And what is the
        20   date of that report?
        21      A    It is dated June 10th, 1991, about a visit to
        22   Occupied Palestine from May 17th until June 4th, 1991.
        23      Q    Do you have Government's Exhibit 3-10 in front
        24   of you?
        25      A    Yes, I do.

                    CASSIDI L. CASEY, CSR, 214-354-3139
                         UNITED STATES DISTRICT COURT