1

08:32    1              IN THE UNITED STATES DISTRICT COURT

         2             FOR THE NORTHERN DISTRICT OF TEXAS

         3                      DALLAS DIVISION


         4
              UNITED STATES OF AMERICA      (    NUMBER 3: 04-240-G
         5                                  (
                                            (
         6    VERSUS                        (
                                            (
         7                                  (
              HOLY LAND FOUNDATION, ET AL.  (    August 9, 2007
         8

         9                        VOLUME 11
                            TRANSCRIPT OF THE TRIAL
        10             BEFORE THE HONORABLE A. JOE FISH

        11

        12    A P P E A R A N C E S:

        13
              For the Government:    MR. JIM JACKS
        14                           MR. BARRY JONAS
                                     MS. ELIZABETH SHAPIRO
08:32   15                           MR. NATHAN GARRETT
                                     Assistant United States Attorney
        16                           UNITED STATES DEPARTMENT OF JUSTICE
                                     NORTHERN DISTRICT OF TEXAS
        17                           U.S. Courthouse
                                     1100 Commerce Street
        18                           Dallas, Texas 75242
                                            214/659-8600
        19

        20
              For the Defendant Shukri Baker:
        21

        22                           MS. NANCY HOLLANDER
                                     MS. TERESA DUNCAN
        23                           FREEDMAN BOYD DANIELS
                                     HOLLANDER
        24                           20 First Plaza, Suite 700
                                     Albuquerque, NM 87102
        25                                  505/842-9960


                        CASSIDI L. CASEY, CSR, 214-354-3139
                           UNITED STATES DISTRICT COURT

                                     CASSIDI



EXHIBIT
3 to
Defendants' Motion
to Compel Production
of Gov't Translations

14:12   1                    MS. LARA BURNS

        2              CROSS EXAMINATION (CONT'D)

        3   BY MS. HOLLANDER:

        4        Q    Good afternoon, Agent Burns.  I put your book

        5   back up there and I'll let you know when you need it

        6   again.  I want to start by reminding you that you

        7   testified that my client, Shukri Abu Baker, wrote a

        8   document or a report which is about a visit to Occupied

        9   Palestine from 5-16-91 --

        10             MR. JACKS:  Judge, I believe that's a

        11  misstatement or mischaracterization of the testimony.

        12             THE COURT:  Overruled.

        13  BY MS. HOLLANDER:

        14       Q    Would you look at 4-6 in your book.  This is a

14:13   15  government's exhibit.  If you don't have it there, it will

        16  be on the screen.  Page 7, the first page of the

        17  translation, please.  And Agent Burns, that document, the

        18  one I just mentioned is on your screen just now.

        19       A    I never said that Shukri Abu Baker wrote that

        20  document.

        21       Q    The name of that document is a report about a

        22  visit to Occupied Palestine from 5-17-91 until 6-4-1991?

        23       A    That part you are right about.

        24       Q    My mistake.  I'm sorry.  But you did testify

        25  about that report, correct?

                    CASSIDI L. CASEY, CSR, 214-354-3139
                       UNITED STATES DISTRICT COURT

                            CASSIDI

14:15    1        A    Yes.

         2        Q    And that report is not signed, is it?

         3        A    No, it's not.

         4        Q    So actually you don't know who wrote that

         5    report?

         6        A    That's correct.

         7        Q    The report discusses a particular trip that

         8    someone made to Palestine, correct?

         9        A    Someone from the Palestinian Committee, yes.

        10        Q    And you also discussed about the same time

        11    Government's Exhibit 3-8, correct?  That's described as an

        12    Occupied Land Fund report, correct?

        13        A    Correct.

        14        Q    Now, the first one that we just looked at,

14:16   15    Document 4-6, that one was photographed during the search

        16    of Mr. Abdel Halim Ashqar's house, correct?

        17        A    That's correct.

        18        Q    And this one, where was this seized?

        19        A    This was seized from the home of Ismail El

        20    Barasse.

        21        Q    Now, if you look at Section 6 C of that

        22    document, on the next page, you testified I believe what

        23    this referred to was a trip that Shukri Abu Baker was

        24    taking, correct?

        25        A    That's correct.

BURNS - CROSS - HOLLANDER                    86

14:17   1        Q    And it said a trip to the inside in this

        2    document, direct?

        3        A    That's correct.

        4        Q    And you understood that to mean that he was in

        5    Palestine, correct?

        6        A    That's correct.

        7        Q    But this document is not dated either, is it?

        8        A    No, we were able to have a general time period

        9    based on elements in the letter sometime in 1991.

       10        Q    And then you refer to the document we just used,

       11    4-6, to try to date it?

       12        A    I don't believe that's the document I used.  I

       13    believe I used the HLF board minutes from the same time to

       14    try to date this document.  The other document was dated.

14:18  15        Q    The other document was dated?

       16        A    Right.

       17        Q    But you assume the other document referred to a

       18    trip that Mr. Abu Baker was taking between 5-17 and 6-5,

       19    1991?

       20        A    No, I didn't assume that.  Mr. Jacks asked me

       21    when Mr. Shukri Abu Baker came back into the country.  I

       22    said June 3rd.  I have no idea if he was in the

       23    Palestinian Territories or if -- I know from his customs

       24    records he went out of the country in 1991 I think three

       25    times in about six months, but those records don't tell me

14:18    1    where he went.  I only know that he was coming back in the

         2    country.  So I can't say that he went to the Palestinian

         3    Territories on any one of those trips.  I don't know.

         4         Q    I want to make sure I understand this.  You are

         5    not attributing either of these documents to be talking

         6    about a trip that he made?

         7         A    I'm sorry?

         8         Q    You are not saying that either of these

         9    documents refer to a trip that Mr. Shukri Abu Baker made?

        10         A    No, that's not what I said.  The Occupied Land

        11    Fund report says that Shukri Abu Baker took a trip to the

        12    Occupied Land Territories sometime in 1991.  The other

        13    report which was the report about HAMAS, dawa and military

        14    and weapons and fugitives which was unsigned, we know who

14:19   15    that was.  I can't say who wrote it because it's not

        16    signed, and I doubt the person who wrote it is going to

        17    admit it.

        18         Q    And you don't know who wrote the document we

        19    looked at, do you?

        20         A    No, but the author of documents is irrelevant.

        21    It's the content that is important.

        22         Q    It's the content that is important to you?

        23         A    That's correct.

        24         Q    In fact, I would like you to look at

        25    Government's Exhibit 11-57.  Now, if you look at Page 23

BURNS - CROSS - HOLLANDER                    88

14:20   1   of that document, this is a document that you used to

        2   determine when Mr. Abu Baker came into the country,

        3   correct?

        4        A    Yes.

        5        Q    And this is an official government report, isn't

        6   it?

        7        A    Correct.

        8        Q    And it tells us just, to remind everyone, when

        9   people come into the country from overseas?

        10       A    Right.  As opposed to when they go out.

        11       Q    And it doesn't track just domestic travel?

        12       A    Domestic travel is not included.  It's just

        13   overseas.

        14       Q    So if you look on this document -- we're looking

14:21   15   at 1991.  It shows Mr. Abu Baker returning on 6-3-91,

        16   correct?

        17       A    Correct.

        18       Q    And coming through Charlotte, North Carolina?

        19       A    That's correct.

        20       Q    And the document we looked at a few minutes ago

        21   that was photographed at Mr. Ashqar's house talked about a

        22   visit to Palestine that someone took between 5-17 and 6-4,

        23   1991, correct?

        24       A    That's correct.

        25       Q    So that would be a day longer than this document

                    CASSIDI L. CASEY, CSR, 214-354-3139
                       UNITED STATES DISTRICT COURT

                              CASSIDI

BURNS - CROSS - HOLLANDER                    89

14:21    1    shows, correct?

         2        A    Right.

         3        Q    That would mean that somebody stayed there a day

         4    longer than this?

         5        A    I don't know what the writer meant by June 4th.

         6    I don't know if he meant he arrived home or in the United

         7    States.   I don't know what the author meant by June 4th.

         8        Q    Now, you also testified that the grand jury

         9    issued subpoenas to American Express for documents,

        10    correct?

        11        A    That's correct.

        12        Q    And that was at the request of the government,

        13    correct?

        14        A    Correct.

14:22   15        Q    And those documents were turned over to the FBI?

        16        A    That's correct.

        17        Q    So you have looked through them?

        18        A    Yes.

        19        Q    And you know that Mr. Abu Baker was actually in

        20    London in May of 1991, don't you?

        21        A    I know that he at least stopped through there.

        22    There was a receipt I think from May 26 when he stopped,

        23    and there was a credit card receipt.

        24        Q    You didn't show that to the jury when you were

        25    testifying on direct, did you?

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - CROSS - HOLLANDER                    90

14:22    1      A    No.

         2      Q    Well, let's look at that receipt.  That's a

         3   receipt from a London Ramada, correct?

         4      A    That's correct.

         5      Q    And the date is 26-5-91?

         6      A    That's correct.

         7      Q    And because it's Europe, they flip the date.  So

         8   it's 5-26-91?

         9      A    Yes.

        10      Q    And that's the document that you are referring

        11   to that shows that Mr. Abu Baker was in London on that

        12   day, correct?

        13      A    On that day.

        14      Q    You also know when he came back through

14:24   15   Charlotte, he actually came from London, don't you?

        16      A    That's correct.

        17      Q    And you didn't mention that during your direct

        18   testimony, did you?

        19      A    I didn't think it was relevant.

        20      Q    You didn't mention it during your direct

        21   testimony, did you?

        22      A    I don't recall if I did or not.

        23      Q    So this is the document you are referring to

        24   that shows he came back through London, correct?

        25      A    No, actually this is a different document.  I

                    CASSIDI L. CASEY, CSR, 214-354-3139
                       UNITED STATES DISTRICT COURT

                              CASSIDI

BURNS - CROSS - HOLLANDER                              91

14:25   1   believe somewhere in those customs records it indicated
        2   that he had come from London.  This is a document that
        3   shows the purchase of a ticket, shows the transaction
        4   date, but I don't know to what this ticket corresponds.  I
        5   have no way of knowing if this was a ticket he used or
        6   didn't use.  All I know is this is a round trip ticket
        7   through Charlotte to London and the purchase date which is
        8   May 21st, 1991.
        9       Q    But it's consistent with his coming back through
       10   Charlotte on June 3rd, isn't it?
       11       A    That's correct.
       12       Q    Now, you also know that Mr. Abu Baker went to
       13   Jerusalem shortly thereafter, don't you?
       14       A    Yes.
14:26  15       Q    Government's Exhibit 11-57.  And if you look on
       16   this document it also shows that Mr. Abu Baker came back
       17   to the United States on August 5th, 1991 through New York,
       18   correct?
       19       A    That's correct.
       20       Q    And you also subpoenaed documents from -- or
       21   there are grand jury subpoena documents for Mr. Abu
       22   Baker's personal accounts?
       23       A    Yes.
       24       Q    And one of those showed that he was at the Seven
       25   Arches Hotel in Jerusalem on the 3rd of August of that

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - CROSS - HOLLANDER                    92

14:27    1    year, correct?

         2        A    I learned that today.  I hadn't actually seen

         3    that particular document until we received it from you at

         4    lunch time.

         5             THE COURT:  Is this document in evidence?

         6             MS. HOLLANDER:  I'm sorry.  Defendant's Exhibit

         7    1017.

         8             THE COURT:  Yes, it is in evidence.  It was

         9    moved in evidence yesterday.

        10             MS. HOLLANDER:  I should have identified it by

        11    number.  I'm sorry.  Defendant's Exhibit 1017.

        12    BY MS. HOLLANDER:

        13        Q    And the highlighted portion shows the Seven

        14    Arches Hotel in Jerusalem, correct?

14:28   15        A    That's correct.

        16        Q    When did you see this document?

        17        A    At lunch.

        18        Q    And who showed it to you?

        19        A    It was on the disk of exhibits you provided to

        20    the government today.

        21        Q    And who with the government showed it to you?

        22        A    It was one of our clerks.

        23        Q    Were the prosecutors there?

        24        A    No, they were in here.

        25        Q    Did they show you all the documents that we

BURNS - CROSS - HOLLANDER                          93

14:29    1    provided today?

         2         A    We had most of your defense exhibits through the

         3    900 series, but for some reason you hadn't turned over all

         4    the later ones.  So we just got the disk today.  So yes,

         5    we looked at your exhibits like you look at ours.

         6         Q    Who gave you the disk?

         7         A    A law clerk.  I don't know if she was a law

         8    clerk.  She was an assistant.

         9         Q    Why did she give it to you?

        10         A    I asked her for it.

        11         Q    And how did you know that we had provided this?

        12         A    Because the defense provides the prosecution

        13    exhibits just like the prosecution provides the defense

        14    exhibits.

14:30   15         Q    How did you know we had provided this disk

        16    today?

        17         A    I have been requesting it for quite some time.

        18         Q    Requesting what?

        19         A    Your defense exhibits.  We have to check your

        20    translation against ours just like you check ours against

        21    yours.

        22         Q    And are you the translator?

        23         A    No.

        24         Q    So you don't have to check the translations?

        25         A    I have to have the translator check the

                         CASSIDI L. CASEY, CSR, 214-354-3139
                             UNITED STATES DISTRICT COURT

                                    CASSIDI

BURNS - CROSS - HOLLANDER                94

14:30    1    documents.

         2        Q     Are there any mistranslations on this document?

         3        A     Not on this one.

         4              MS. HOLLANDER:  Your Honor, at the appropriate

         5    time, I will need to make a motion.  I will go on.

         6    BY MS. HOLLANDER:

         7        Q     I'd like at this time, your Honor, to move into

         8    evidence a document that I discussed yesterday and the

         9    government reserved on.  It's Defendant's Exhibit 1019.

        10    It's a report seized from -- seized by the government from

        11    the storage area that the Holy Land rented from Infocom,

        12    seized by the government and produced by the defense in

        13    discovery.

        14              MS. HOLLANDER:  I have -- I did show this to Mr.

14:31   15    Jonas, and he had his translator prepare it.  I'd like to

        16    move this in evidence at this time.

        17              MR. JACKS:  Judge, this is one of the exhibits

        18    which the government contended was covered by its motion

        19    in limine, and that was the basis of our objection as to

        20    401 grounds.

        21              THE COURT:  Is that the most recent motion in

        22    limine that you are referring to?

        23              MR. JACKS:  Yes, your Honor.

        24              THE COURT:  I will overrule the objection

        25    stated and admit into evidence Defendant's Exhibit 1019.

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - CROSS - HOLLANDER                    95

14:32      1            MS. HOLLANDER:  And I have to use the Elmo for

           2    this because the only corrected versions are the ones that

           3    I have, the correct translation.

           4            THE COURT:  All right.

           5    BY MS. HOLLANDER:

           6        Q    Can you see from your screen?

           7        A    It's blank.

           8        Q    But when you have something on there, can you

           9    see it?

          10        A    Yes.

          11        Q    Now, I'm showing you what we just moved into

          12    evidence as 1019.  You are familiar with this document,

          13    aren't you?

          14        A    That's correct.

14:33     15        Q    And you have seen this before today, haven't

          16    you?

          17        A    Yes.

          18        Q    And you have had it translated before, haven't

          19    you?

          20        A    I don't know when this was translated.

          21        Q    You don't know when it was translated?

          22        A    No.

          23        Q    But you knew that it existed, didn't you?

          24        A    I believe so.  I have seen it before.

          25        Q    But you didn't mention this when you were

                    CASSIDI L. CASEY, CSR, 214-354-3139
                       UNITED STATES DISTRICT COURT

                              CASSIDI

14:33   1   discussing this trip to Palestine during your direct

2   examination.

3        MR. JACKS:  Judge, I would object to the form of

4   question.  By saying she didn't mention it, it would

5   depend upon if she was asked about it.

6        THE COURT:  I agree.  Sustained.

7        MS. HOLLANDER:  I'll re-ask the question.  You

8   weren't asked about this document, were you?

9        A    No, I wasn't.

10   BY MS. HOLLANDER:

11        Q    I'd like to ask you to read the title of the

12   document and the date.

13        A    It says "Report Concerning Visit to the Occupied

14   Land from July 16 until August 3rd, 1991."

14:34   15        Q    Now, go down and read down through Number 4.

16        A    "Thank be to God and peace be upon his

17   messenger.  The purpose of the visit:  The executive

18   director decided to visit the Occupied Land to accomplish

19   the following goals:  To get to know the organizations and

20   the charitable associations operating on the ground.

21             "Number 2, Follow-up on the projects and fund

22   business at the inside associations.

23             "3, To remove the administrative and technical

24   obstacles appearing in front of the bilateral relations

25   between the Fund and the inside associations.

14:35    1        "Number 4, The possibility study of opening an

          2    office for the Fund in Jerusalem."

          3        Q    Now, the date of this correspondence, in other

          4    words August 3rd, corresponds with the date that Mr. Abu

          5    Baker returned, according to the government document,

          6    through New York?

          7        A    I would need to see it again.  I don't recall

          8    the exact date.  But it's around there.  If you want to

          9    show it to me again.

        10        Q    That's 11-57.  That shows that he arrived back

        11    in the United States on the 5th of August, correct?

        12        A    Correct.

        13        Q    So that would be consistent with being gone

        14    until the 3rd, wouldn't it?  That would be consistent?

14:36   15        A    It's consistent.

        16        Q    And it's also consistent with having a bill at

        17    the Seven Arches Hotel on August 3rd, correct?

        18        A    Yes.

        19        Q    That's in Jerusalem, correct?

        20        A    Yes.

        21        Q    So that's more evidence that he went to

        22    Jerusalem on that date, correct?

        23        A    Yes, it looks like he was in Jerusalem.

        24        Q    And he was the Executive Director of the

        25    Occupied Land Fund.  This was right around the name was

14:36    1    changing, wasn't it?

         2         A    Yes.

         3         Q    So let's just call it the Holy Land Foundation.

         4    Mr. Abu Baker was the Executive Director at that time,

         5    wasn't he?

         6         A    Yes, he was.

         7         Q    Would you read the rest of the page please

         8    starting with "the accomplishment."

         9         A    "The accomplishment related to the first and

        10    second goals:  Jerusalem area.  I met with Sheikh Mohammed

        11    Jum'ah, the representative for Jerusalem Zakat Committee

        12    and learned about their activities.  I didn't visit their

        13    center due to a recommendation about suspicious

        14    allegations going on regarding the Sheikh.

14:37   15         "I also met with Brother Shawki, who was in

        16    charge of finance and with Sheikh Abd Al Azim Salhab, the

        17    representative for the Jerusalem Zakat Committee.

        18         I also met with Mr. Baha Al Din Ahanablah, the

        19    office director for the Jordanian Charitable Associations.

        20    I accompanied him with some trips.  We discussed the

        21    possibility of mutual cooperation in supporting projects

        22    inside and exchange of technical expertise and field

        23    information.  I requested from him to prepare an idea

        24    about an opportunity of mutual work and the five-year

        25    association plan."

14:38    1        Q     Read this page, please.

         2        A     "I visited the Center of the Islamic Culture and

         3    Scientific Committee association in Bier Nabalah area.   In

         4    a meeting, I discussed all the pending problems between

         5    the two parties.   Then I visited the site of Al Iman

         6    School for girls where the Fund was the original supporter

         7    in building it.   I discussed the orphan and the needy

         8    family issue and other things such as the mutual working

         9    opportunities.

        10            "An agreement was made in which the association

        11    will provide the Fund with the entire media coverage

        12    related to mutual activities, participate in providing the

        13    Fund with the essential field studies concerning the

        14    charitable work association in Palestine and the

14:39   15    establishment and care programs for the orphans and

        16    others.

        17            "I also visited the Arab Orphan Association

        18    which is managed by the engineer Abu Sulayman, and I

        19    learned about their pioneer functions in the field of

        20    preparing the orphans.

        21            "I also met with Mr. Ahmad Bayyud Al Tamimi, the

        22    Director of the Islamic Industrial Orphans House in

        23    Jerusalem.

        24            "I also met with Sheikh Ibrahim Abu Salim,

        25    chairman of the Bir Nabalah Charitable Committee and

14:39    1    listened to their aspirations and projects."

         2        Q    The next paragraph?

         3        A    "Bethlehem:  During my visit to Bethlehem, it

         4    was feasible for me to meet the brothers in charge of

         5    Bethlehem Charitable Committee I viewed Al-Akha school

         6    project which was supported by the Fund and viewed their

         7    recent developments.

         8        "I also visited work areas in Al Ta'amirah

         9    district where Umar Bin al Kattab Mosque is being expanded

        10    and managed by a group from Al Tayib guys.

        11        "I met two representatives from Bayt Najjar

        12    Charitable Committee lead by Dr. Isa and learned about

        13    their activities and projects.

        14        "I met a delegate from Bayt Sahur Charitable

14:40   15    Committee and learned about their activities and projects.

        16        "I visited and reviewed Al Duhayshiyyah Camp and

        17    met with several people and visited its mosque.  During

        18    the visit I met with the Camp Charitable Committee which

        19    was established and preached philanthropy where it takes

        20    care of the mosque and nursery and distributes aids to

        21    needy families.  And agreement took place with Mr. Umar

        22    Muhammad Al Afandi and the remaining committee members on

        23    ways to cooperate with the Fund."

        24        Q    When that refers to a camp -- And I won't ask

        25    you to try to say that again.