```
                                                                            1

09:04   1              IN THE UNITED STATES DISTRICT COURT
        2              FOR THE NORTHERN DISTRICT OF TEXAS
        3                        DALLAS DIVISION

        4
            UNITED STATES OF AMERICA        (    NUMBER 3: 04-240-G
        5                                   (
                                            (
        6   VERSUS                          (
                                            (
        7                                   (
            HOLY LAND FOUNDATION, ET AL.    (    August 16, 2007
        8
        9  _____

       10                          VOLUME 15
                              TRANSCRIPT OF THE TRIAL
       11                BEFORE THE HONORABLE A. JOE FISH

       12  _____

       13   A P P E A R A N C E S:

       14
            For the Government:    MR. JIM JACKS
09:04  15                          MR. BARRY JONAS
                                   MS. ELIZABETH SHAPIRO
       16                          MR. NATHAN GARRETT
                                   Assistant United States Attorney
       17                          UNITED STATES DEPARTMENT OF JUSTICE
                                   NORTHERN DISTRICT OF TEXAS
       18                          U.S. Courthouse
                                   1100 Commerce Street
       19                          Dallas, Texas 75242
                                        214/659-8600
       20

       21   For the Defendant Shukri Baker:

       22
                                   MS. NANCY HOLLANDER
       23                          MS. TERESA DUNCAN
                                   FREEDMAN BOYD DANIELS
       24                          HOLLANDER
                                   20 First Plaza, Suite 700
       25                          Albuquerque, NM 87102
                                        505/842-9960


                      CASSIDI L. CASEY, CSR, 214-354-3139
                         UNITED STATES DISTRICT COURT

                                    CASSIDI
```



EXHIBIT 4 to Defendants' Motion to Compel Production of Gov't Translations

AVI - DIRECT - SHAPIRO                              75

11:54   1    Authority identify the HLF as an HAMAS fund?
        2        A    Yes, I saw document that specifically talked
        3    about the Holy Land Foundation as a source of financing
        4    for HAMAS.
        5        Q    Let me change quickly to another subject.  Do
        6    you know what a money changer is?
        7        A    Yes, I do.
        8        Q    What is it?
        9        A    A person who exchange money, currency.
       10        Q    And have you seen in the course of your
       11    review -- Have you seen money changers who are money
       12    changers for HAMAS?
       13        A    Yes.
       14        Q    Can you identify any of them?
11:55  15        A    I saw two names that are very familiar with me.
       16        A    One is Falah Salah Adnan Hanzalla, and the other
       17    one is Faiz Abu Akar.
       18        Q    And why would HAMAS use money exchangers?
       19        A    HAMAS uses money exchanger because -- Sometimes
       20    to make it easy to deliver money into the territories.
       21    It's a way to avoid the surveillance of security agencies.
       22    You are giving the money to money exchanger in one
       23    country.  The contact is done by the money itself going
       24    through money exchanger, and then it finds its way to the
       25    real destination in the territories.  It's common, and

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

AVI - DIRECT - SHAPIRO                                76

11:56   1   it's not that exceptional.  As an expert who deal a lot
        2   with terror financing, this is a very common method.
        3       Q   And have you seen money from these money
        4   changers go to some of the committees that we have
        5   discussed yesterday and today?
        6       A   Yes, I have.  Example Faiz Abu Akar to the
        7   Islamic Society, the Mujamaa Islamiya, I have seen
        8   examples of this.  Faiz also to the Islamic Complex.  Fala
        9   Salah Hanzalla is a member of a family of exchangers that
       10   they are all known as HAMAS activities.  Falah Al
       11   Hanzalla.
       12       Q   It's a family?
       13       A   It's a family business.  Faiz Abu Akar was
       14   designated by the Government of Israel by the Defense
11:57  15   Minister as unlawful organization.
       16       Q   And let me ask you about also a couple of names.
       17   Have you heard of Bassam Jarrar?
       18       A   Yes.
       19       Q   Who is this?
       20       A   Bassam Jarrar is a famous activist.  A famous
       21   religious scholar in the West Bank.  Still the manager of
       22   a learning center called the Noon Center which is related
       23   to the Zakat Committee from Ramallah.  He was a speaker
       24   for the Zakat Committee in Ramallah.  He give lectures
       25   there.  He was mentioned by Khalid Mishal as one of the

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI