1

```
09:23    1              IN THE UNITED STATES DISTRICT COURT
         2             FOR THE NORTHERN DISTRICT OF TEXAS
         3                        DALLAS DIVISION

         4
            UNITED STATES OF AMERICA        (   NUMBER 3: 04-240-G
         5                                  (
                                            (
         6  VERSUS                          (
                                            (
         7                                  (
            HOLY LAND FOUNDATION, ET AL.    (   August 27, 2007
         8
         9                      VOLUME 20
                             TRANSCRIPT OF TRIAL
        10              BEFORE THE HONORABLE A. JOE FISH

        11
        12   A P P E A R A N C E S:

        13
            For the Government:    MR. JIM JACKS
        14                         MR. BARRY JONAS
                                   MS. ELIZABETH SHAPIRO
09:23   15                         MR. NATHAN GARRETT
                                   Assistant United States Attorney
        16                         UNITED STATES DEPARTMENT OF JUSTICE
                                   NORTHERN DISTRICT OF TEXAS
        17                         U.S. Courthouse
                                   1100 Commerce Street
        18                         Dallas, Texas 75242
                                            214/659-8600
        19
        20
            For the Defendants Holy Land and Shukri Baker:
        21
        22                         MS. NANCY HOLLANDER
                                   MS. TERESA DUNCAN
        23                         FREEDMAN BOYD DANIELS
                                   HOLLANDER
        24                         20 First Plaza, Suite 700
                                   Albuquerque, NM 87102
        25                                  505/842-9960
```

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI



EXHIBIT 5 to Defendants' Motion to Compel Production of Gov't Translations

BURNS - REDIRECT - GARRETT                    150

14:54   1        A    In Gaza.
        2        Q    And regarding Gaza, has your investigation
        3   determined any reason why you might have difficulty
        4   tracing money in Gaza?
        5        A    Yes.
        6        Q    And what is that?
        7        A    Some of the money that the Holy Land Foundation
        8   was transferring out of its Gaza accounts was going to
        9   money changers.
        10       Q    And before we get into that, the overseas
        11  financial records that you indicated, have you reviewed
        12  those?
        13       A    Yes.
        14       Q    And do those show destinations?
14:54   15       A    They do.
        16       Q    Is there any information describing who that
        17  designation is?
        18       A    No, it's generally just a name or a name of a
        19  company or a person.  Very few details other than that.
        20       Q    And do you have an ability to further
        21  investigate in terms of the West Bank and Gaza, details
        22  behind who these individuals are?
        23       A    Very limited.
        24       Q    Why is it very limited?
        25       A    The U.S. government has no formal relationship

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - REDIRECT - GARRETT                151

14:55   1   with the Palestinian Authority and has not had.  So it's
        2   difficult to make -- There is no method by which we can
        3   make official requests for documents.
        4       Q   You mentioned money changers.  Have there been
        5   money changers identified in this case operating in Gaza?
        6       A   Operating in the Territories, yes.
        7       Q   And who are a they?
        8       A   Fayez Abu Aker was one and Falah Herzallah and
        9   the Herzallah Money Exchange.
       10       Q   And how were they identified?
       11       A   As HAMAS money changers.
       12       Q   And did your investigation determine whether the
       13   HLF sent any money to these money changers?
       14       A   Yes.
14:56  15       Q   And did you create a schedule reflecting this?
       16       A   Yes.
       17       Q   And drawing your attention to Government's
       18   Exhibit 20-63, do you have that in front of you?
       19       A   I do.
       20       Q   And is that a schedule reflecting payments to
       21   these money changers?
       22       A   It is to one of them.
       23           MR. GARRETT:  I would offer in evidence
       24   Government's Exhibit 20-63.
       25           MS. MORENO:  Objection, your Honor, hearsay, no

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - REDIRECT - GARRETT                    152

14:56   1   foundation, confrontation.
        2           THE COURT: Let me be sure what I understand the
        3   exhibit is, Mr. Garrett. This is another one of the
        4   schedules that purports to summarize other documents in
        5   evidence.
        6           MR. GARRETT: Yes, sir. It's a summary of
        7   financial transactions with the individuals that she just
        8   identified.
        9           THE COURT: I will overrule the objection
        10  stated and admit into evidence Government's Exhibit 20-63.
        11  BY MR. GARRETT:
        12      Q   Agent Burns, let me ask you by way of
        13  clarification, the money that goes to the money changers,
        14  does that money originate with the Holy Land Foundation in
14:57   15  America?
        16          MS. CADEDDU: Objection, leading.
        17          THE COURT: Sustained.
        18  BY MR. GARRETT:
        19      Q   Where does the money end up from these
        20  organizations?
        21      A   The Holy Land Foundation in the United States?
        22      Q   I say organizations. I meant money changers.
        23          Page 1 of Government's Exhibit 20-63. Agent
        24  Burns, can you describe what this schedule depicts.
        25      A   This depicts the money that we were able to

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - REDIRECT - GARRETT                    153

14:58   1   trace out of the HLF foreign bank accounts to Fayez Abu
        2   Aker.
        3       Q    And are these records you had at the time this
        4   indictment was prepared?
        5       A    No.
        6       Q    Go ahead.
        7       A    The first transaction was February 25th, 1995.
        8       Q    And that's after -- right after HAMAS's initial
        9   designation?
       10       A    Yes, about a month after the initial
       11   designation.
       12            MS. CADEDDU:  Objection to leading.
       13            THE COURT:  Sustained.
       14   BY MR. GARRETT:
14:58  15       Q    And then the HAMAS designation, FTO, are there
       16   transactions after that?
       17       A    There are.
       18       Q    Could you identify those?
       19       A    Beginning December 5th, 1998 through on the next
       20   page December 5th, 2001.
       21       Q    Is that the time or around the time of the HLF's
       22   closure in December of 2001?
       23       A    It's actually the day after.
       24       Q    Is there a total amount of money there that you
       25   have total to do with those money changers?

BURNS - REDIRECT - GARRETT                 154

14:59   1       A    $392,869 and then Israeli shekels which would be
        2   a quarter of that, 24,780.
        3       Q    I'll draw your attention to the next page.
        4       A    I believe the next one is 20-65.
        5            MR. GARRETT:  Your Honor, I would also offer at
        6   this time a schedule with the Herzallah Money Changer,
        7   Government's Exhibit 20-65.
        8            MS. MORENO:  Same objections, your Honor.
        9            THE COURT:  Same rulings.  Overrule the
       10   objections and admit into evidence Government's Exhibit
       11   20-65.
       12   BY MR. GARRETT:
       13       Q    Agent Burns, again, is HAMAS's designation
       14   listed at the top?
15:00  15       A    It is.
       16       Q    And what's the date of that?
       17       A    October 8, 1997.
       18       Q    And can you describe what's depicted on this
       19   page of the schedule?
       20       A    Transactions from the Holy Land Foundation's
       21   Arab Land Bank account in the Territories to Falah
       22   Herzallah.
       23       Q    Is that the money changer you just identified?
       24       A    Yes.
       25       Q    Go ahead.

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - REDIRECT - GARRETT                155

15:00   1    A   The first transaction is September 12th, 1998.
        2    Q   Does it continue down the page?
        3    A   It does.  All the way through Page 9.
        4    Q   And the dates, can you give us a range of dates?
        5    A   Yes, again from September 12th, 1998, until
        6  August 2nd of 2000.
        7    Q   Page 9 of that exhibit, does this reflect a
        8  total amount of money going to these money changers?
        9    A   Yes, $512,394.
       10        MR. WESTFALL:  Your Honor, I think this use of
       11  the term "money changer" assumes facts not in evidence.  I
       12  don't know that it's been proven what a money changer is
       13  or whether these gentlemen are money changers.  He's just
       14  calling them a money changer.  I think that assumes facts
15:01  15  not in evidence.  I object.
       16        THE COURT:  Overrule the objection but without
       17  prejudice to exploring that issue on cross examination.
       18        MR. WESTFALL:  Thank you, your Honor.
       19        THE COURT:  Mr. Garrett, let's take our
       20  mid-afternoon recess at this time.  Ladies and Gentlemen,
       21  we'll be in recess until 3:20.
       22        (Recess)
       23        THE COURT:  Go ahead, Mr. Garrett.
       24  BY MR. GARRETT:
       25    Q   Agent Burns, when we broke we were talking about

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - REDIRECT - GARRETT                    156

15:24   1    a Fayez Abu Aker Company and the Herzallah Exchange
        2    Company. Do you recall that?
        3         A    Yes.
        4         Q    And specifically how were these people
        5    identified by Mr. Avi?
        6         A    As HAMAS money changers.
        7              MR. DRATEL: Objection under 615, your Honor.
        8              THE COURT: Overruled.
        9    BY MR. GARRETT:
        10        Q    You can answer.
        11        A    As HAMAS money changers.
        12        Q    And we were on the Herzallah Exchange Company.
        13   Let me ask you generally is there any ability that you
        14   have to trace this money after it goes to these money
15:24   15   changers?
        16        A    No.
        17        Q    Government's Exhibit 20-65, again, these dates
        18   begin on what dates, Agent Burns?
        19        A    September 12, 1988.
        20        Q    And what was the date of HAMAS's designation?
        21        A    As a foreign terrorist organization, it was
        22   October 8, 1997.
        23        Q    Now, let me draw your attention to Page 9 of 9.
        24   Does that represent the total amount through 2000?
        25        A    Yes, the number at the bottom.

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT

CASSIDI

BURNS - REDIRECT - GARRETT                              157

15:25   1    Q    Which is what?
        2    A    $512,394.
        3    Q    And just by way of example, let me draw you back
        4    to Page 2 of the document. And if you can highlight that
        5    particular transaction. Now, it says destination to the
        6    Herzallah Exchange, correct?
        7    A    Yes.
        8    Q    19-0003, Page 2505. Page 2, please. And that
        9    payee is who?
       10    A    The Herzallah Exchange Company.
       11    Q    Go to 94, please.
       12         And the next page please. 2495. A check in the
       13    amount of $30,000. The payee is listed as what?
       14    A    Herzallah Exchange Company.
15:27  15    Q    Draw your attention, Agent Burns, to the Islamic
       16    Relief Committee. Is that a committee that you have
       17    talked about in your testimony?
       18    A    Yes, it is.
       19    Q    And is that a committee that was talked about by
       20    Mr. Avi?
       21    A    Yes.
       22    Q    Did you introduce documents in your first
       23    testimony regarding programs of the Islamic Relief
       24    Committee?
       25    A    Yes.

CASSIDI L. CASEY, CSR, 214-354-3139
UNITED STATES DISTRICT COURT
CASSIDI