Islamic Society of North America

| Leadership | Youth | Conferences | Interfaith |

**ISNA Search**

[ ] GO

**News and Press Releases**



Welcome to ISNA
Improving The Quality of Muslim Life in North America

News Articles

Press Releases

News Briefs

**2008 Internship Opportunities at ISNA**

**ISNA Annual Convention 2008**

**Click Here for Job Listings**

**ISNA Matrimonials**

Home > Press Releases > ISLAMIC SOCIETY OF NORTH AMERICA, HLF VERDICT PRESS STATEMENT

# ISLAMIC SOCIETY OF NORTH AMERICA, HLF VERDICT PRESS STATEMENT

The Islamic Society of North America (ISNA) applauds the hard work and diligence that the jury has put into deliberating the evidence presented in the federal prosecution of the Holy Land Foundation and other defendants.  Regrettably, despite the hard work of the jury, the charges brought in this trial could not be resolved and a mistrial has been declared for the majority of the counts.

Even in the face of this outcome, ISNA continues to believe in the values of fairness, justice and due process that are exhibited and reinforced through such an open, public hearing, which is based on the principle that one is innocent until proven guilty in a court of law after a fair opportunity to refute allegations and to confront all witnesses.

Unfortunately, ISNA itself has been denied its rights to fairness, justice, and due process in this trial.  In spite of the assurance that ISNA's lawyers received from the Assistant U.S. Attorney that ISNA was not under investigation, was not involved in any criminal conspiracy or other illegal activities, and was not a target of this prosecution, ISNA remains unjustly branded by the government as an unindicted co-conspirator.  In the absence of any evidence to the contrary, and confirmation by the Assistant U.S. Attorney that the inclusion of ISNA on the list of unindicted coconspirators was merely a prosecutorial tactic to introduce otherwise inadmissible information,  ISNA reiterates its continued public request for the U.S. Government to set the record straight by removing ISNA's name from this list.  ISNA will continue to vigorously employ all legal avenues available to the organization to get its name removed from the list of unindicted co-conspirators.

The mischaracterization of ISNA has profoundly harmed its reputation, and has adversely impacted the Organization's efforts to advance its mission to provide a common platform for representing Islam, supporting Muslim communities, developing educational, social and outreach programs and fostering good relations with other religious communities, civic and service organizations and all levels of government.

To be clear, ISNA remains consistent in its rejection of terrorism and violence. ISNA rejects all acts of terrorism, including those perpetrated by Hamas, Hizbullah and any other group that claims Islam as their inspiration. ISNA has encouraged and continues to encourage a just and fair settlement of disputes between Israel, the Palestinians and their neighbors through diplomacy and other peaceful means.

ISNA is an independent, open and transparent membership organization that strives to be an exemplary and unifying Islamic organization in North America by contributing to the betterment of the Muslim community and society at large. ISNA remains an independent North American institution and never was, and is not now, affiliated with or influenced by any international organizations including the Muslim Brotherhood. ISNA is committed to freedom, to eradicating prejudice and to creating a society where Muslims can live peacefully and prosper alongside other Americans from all walks of life and diverse traditions and faith.

## Related Links

A Mistrial Trial: What Does it Mean?
Full interview: Holy Land juror talks (video)
Letter to Alberto Gonzales



HOME OWNERSHIP THE SHARIA WAY
1-866-GUIDANCE

guidance

© 2007 Islamic Society of North America. All rights reserved. Design Credits