ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (01) | § | |
| SHUKRI ABU BAKER (02) | § | |
| MOHAMMAD EL-MEZAIN (03) | § | |
| GHASSAN ELASHI (04) | § | |
| MUFID ABDULQADER (07) | § | |
| ABDULRAHMAN ODEH (08) | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 2 4 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## JURY VERDICT

**MEMBERS OF THE JURY:**

**COUNT 1:** **Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
(✓) **GUILTY**  or  ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
(✓) **GUILTY**  or  ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Mohammad El-Mezain (03):
(✓) **GUILTY**  or  ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
(✓) **GUILTY**  or  ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Mufid Abdulqader (07):
(✓) **GUILTY**  or  ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Abdulrahman Odeh (08):
(✓) **GUILTY**  or  ( ) **NOT GUILTY** of the offense charged.

-1-

**COUNT 2:** **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.


**COUNT 3:** **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.


**COUNT 4:** **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (  ) **NOT GUILTY** of the offense charged.

**COUNT 5:**   **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

**COUNT 6:**   **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

**COUNT 7:**   **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

**COUNT 8**: **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.


**COUNT 9**: **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.


**COUNT 10**: **Providing Material Support and Resources to a Designated Foreign Terrorist Organization**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 11:** **Conspiracy to Provide Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Mufid Abdulqader (07):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Abdulrahman Odeh (08):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.


**COUNT 12:** **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 13:** **Providing Funds, Goods and Services to a Specially Designated**
                 **Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.


**COUNT 14:** **Providing Funds, Goods and Services to a Specially Designated**
                 **Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.


**COUNT 15:** **Providing Funds, Goods and Services to a Specially Designated**
                 **Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

**COUNT 16**: **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 17**: **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 18**: **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 19**: **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.


**COUNT 20**: **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.


**COUNT 21**: **Providing Funds, Goods and Services to a Specially Designated Terrorist**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 22: Conspiracy to Commit Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Mufid Abdulqader (07):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Abdulrahman Odeh (08):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.


**COUNT 23: Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.


**COUNT 24: Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.

**COUNT 25**: **Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.


**COUNT 26**: **Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.


**COUNT 27**: **Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
    ( ✓ ) **GUILTY**   or  (   ) **NOT GUILTY** of the offense charged.

**COUNT 28: Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

**COUNT 29: Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

**COUNT 30: Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
( ✓ ) **GUILTY**   or   ( ) **NOT GUILTY** of the offense charged.

**COUNT 31**: **Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 32**: **Money Laundering**

We, the jury, find the defendant, Holy Land Foundation for Relief and Development (01):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Shukri Abu Baker (02):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 33**: **Conspiracy to Impede and Impair the Internal Revenue Service and to File False Return of Organization Exempt from Income Tax**

We, the jury, find the defendant, Shukri Abu Baker (02):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

We, the jury, find the defendant, Ghassan Elashi (04):
   ( ✓ ) **GUILTY**   or   (   ) **NOT GUILTY** of the offense charged.

**COUNT 34:  Filing a False Tax Return of Organization Exempt from Income Tax**

We, the jury, find the defendant, Shukri Abu Baker (02):
  ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.


**COUNT 35:  Filing a False Tax Return of Organization Exempt from Income Tax**

We, the jury, find the defendant, Ghassan Elashi (04):
  ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.


**COUNT 36:  Filing a False Tax Return of Organization Exempt from Income Tax**

We, the jury, find the defendant, Ghassan Elashi (04):
  ( ✓ ) **GUILTY**   or  (  ) **NOT GUILTY** of the offense charged.


November  _24_ , 2008.

REDACTED

FOREPERSON

-13-