3·04- CR- 240·1

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-10560

U. S. COURT OF APPEALS
**FILED**

SEP 2 4 2009

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MOHAMMAD EL-MEZAIN; GHASSAN ELASHI; SHUKRI ABU BAKER;
MUFID ABDULQADER; ABDULRAHMAN ODEH; HOLY LAND
FOUNDATION FOR RELIEF AND DEVELOPMENT, also known as HLF,

Defendants - Appellants

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT _ 1 2009

CLERK, U.S. DISTRICT COURT

By _____ Deputy

Consolidated with
No. 08-10664

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SHUKRI ABU BAKER; MOHAMMAD EL-MEZAIN; GHASSAN ELASHI;
MUFID ABDULQADER; ABDULRAHMAN ODEH,

Defendants - Appellants

Consolidated with
No. 08-10774

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MOHAMMAD EL-MEZAIN;

Defendant - Appellant

---

Appeal from the United States District Court
for the Northern District of Texas

---

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

We grant the government's motion to remand to the district court for a determination of the fact questions as requested by the motion including Ms. Natarajan's authority to represent HLF, whether HLF was represented at trial, and the corporate status of HLF at relevant times.

We leave to the district court on remand the scope of its inquiry regarding the issue of authority as well as the motion of Holy Land Foundation for Relief and Development to appoint Ranjana Natarjan as pro bono counsel.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 24, 2009

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

RECEIVED
BY
OCT 1 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

      No. 09-10560,  USA v. Holy Land Fnd for Relief
           USDC No. 3:04-CR-240-1

Enclosed is a copy of the judgment issued as the mandate for the
appeal of Holy Land Foundation for Relief and Development.

The appeals of Mohammad El-Mezain, Ghassan Elashi, Shukri Abu
Baker, Mufid Abdulqader, and Abdulrahman Odeh remain pending
before this court.

                         CHARLES R. FULBRUGE III, Clerk

                    By:
                         Jodi R. Descant, Deputy Clerk
                         504-310-7718

cc: w/encl:

Ms. Marlo Pfister Cadeddu
Ms. Susan B Cowger
Mr. Joshua L Dratel
Ms. Nancy M Hollander
Ms. Linda Moreno
Mr. Ranjana Natarajan
Mr. Gregory Burke Westfall

*Mandate Issued - MDT-1*