IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CRIM. NO 3:04-CR-0240-P |
| HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (1), SHUKRI ABU BAKER (2), MOHAMMAD EL-MEZAIN (3), GHASSAN ELASHI (4), MUFID ABDULQADAR (7), ABDULRAHMAN ODEH (8). | § § § § § § § § | |

## ORDER

The Court has considered Petitioners' unopposed Emergency Motion to Unseal (Docket # 1478) and hereby GRANTS the motion. The Clerk of the Court is instructed to UNSEAL docket numbers 1060, 1061, 1062, 1093, 1108, and 1266.

SO ORDERED, this _2nd_ day of May 2011.

_____
JUDGE JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE