IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA,　　　　　§
　　　　　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　　　　　§　　　　NO. 3:04-CR-240-P
　　　　　　　　　　　　　　　　　　　§
HOLY LAND FOUNDATION FOR　　　　　§　　　　　**ECF**
RELIEF AND DEVELOPMENT, ET AL　　　§

## <u>DECLARATION OF DIRECT NOTICES</u>

As evidenced by the attached exhibits, notice of this forfeiture action was sent directly to the attorneys for the Ungars, the Rubins, and the Boims via facsimile on February 19, 2009.   Direct notice was also sent via regular and certified mail.   The Boims received their certified notice on February 23, 2009.   The Ungars and the Rubins employed the same attorney.   He received the certified notices for the Ungars and the Rubins on February 23, 2009 and March 19, 2009 respectively.

Accompanying the notices was a letter containing instructions on how to file a petition for an ancillary proceeding and a petition for remission as well as the deadlines for filing an ancillary petition.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on January 2, 2014 in Dallas, Texas.

Respectfully submitted,

SARAH SALDAÑA
United States Attorney

**s/ Walt M. Junker**
Assistant United States Attorney
Texas State Bar No. 24038115
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Ph: 214.659.8630; Fax: 214.659.8803
walt.junker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2014, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system.   The ECF system will send a "Notice of Electronic Filing" to all parties.

**s/ Walt M. Junker**
Assistant United States Attorney