IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:04-CR-240-L |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT, *et al.* | § | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas respectfully advises the Court and all interested parties that the above-styled case has been assigned to Errin Martin, Assistant United States Attorney, Northern District of Texas. The Government respectfully requests that the Clerk terminate representation by AUSA Gary Tromblay, former counsel for the government, from the records in this cause.

Accordingly, we request that Errin Martin be substituted as counsel of record for the United States of America.

                Respectfully submitted,

                ERIN NEALY COX
                United States Attorney


                 /s/  Errin Martin
                Assistant United States Attorney
                Texas State Bar No. 24032572
                1100 Commerce, Suite 300
                Dallas, Texas  75242
                Telephone:   214.659.8838
                Facsimile:    214.659.8805